# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAREE LEWIS,** : | |
|     **Plaintiff,** : | **JURY TRIAL DEMANDED** |
| : | |
|     v. : | No. 1:20-CV-01883-CCC |
| : | |
| **DALLASTOWN OPERATING,** : | |
| **INC.** : | |
|     **Defendant.** : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Daree Lewis, and Defendant, Dallastown Operating, Inc. by and through their undersigned attorneys, hereby stipulate to the voluntarily dismissal of this action, with prejudice, without costs or attorneys' fees to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

| Law Offices of Eric A. Shore | Silverang, Rosenweig & Haltzman, LLC |
|---|---|
| By: _/s/ Robert H. Graff_____ | By: _/s/ Malcom S. Gould_____ |
|     Robert Graff, Esq. |     Malcolm S. Gould, Esq. |
|     I. D. No. 206233 |     I.D. No. 80597 |
|     Two Penn Center |     Woodlands Center |
|     1500 JFK Boulevard, Ste. 1240 |     900 E. 8th Ave., Suite 300 |
|     Philadelphia, PA 19102 |     King of Prussia, PA 19046 |
|     267-546-0138 (phone) |     (610) 263-0116 (phone) |
|     215-944-6124 (fax) |     (215) 754-4934 (fax) |
|     robertg@ericshore.com |     mgould@sanddlawyers.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was served through the ECF filing system of this Court, upon the following:

Malcom S. Gould, Esquire
**SILVERANG, ROSENZWEIG & HALTZMAN, LLC**
Woodlands Center
900 E. 8th Ave., Suite 300
King of Prussia, PA 19406
MGould@sanddlawyers.com
*Attorney for Defendant*

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:_____
**ROBERT H. GRAFF, ESQUIRE**
*Attorney for Plaintiff, Daree Lewis*

Date: May 18, 2021